Joe N. CHATMON, Plaintiff—Appellant,

v.

M. FREEMAN; et al., Defendants—Appellees.

No. 05–15327.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 17, 2006.

Joe N. Chatmon, Soledad State Prison, Soledad, CA, pro se.

Barbara N. Sutliffe, Esq., AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

---

* The panel unanimously finds this case suitable

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Joe N. Chatmon, a California state prisoner, appeals pro se from the district court's judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs stemming from a foot injury. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, *Morrison v. Hall*, 261 F.3d 896, 900 (9th Cir.2001), and we affirm.

The district court properly granted summary judgment for defendants because Chatmon failed to raise a genuine issue of material fact as to whether he suffered from a serious medical condition. *See McGuckin v. Smith*, 974 F.2d 1050, 1059 (9th Cir.1992), *overruled on other grounds, WMX Techs., Inc. v. Miller*, 104 F.3d 1133 (9th Cir.1997) (en banc).

Chatmon's motion for injunctive relief is denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

